Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law, A Law Corporation

PAUL ALSTON           1126
THOMAS E. BUSH        4737
BRANDON M. SEGAL      9207
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: palston@ahfi.com
        tbush@ahfi.com
        bsegal@ahfi.com

Attorneys for Defendant/Counterclaim
Plaintiff GREEN ENERGY TEAM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EVERGREEN ENGINEERING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GREEN ENERGY TEAM LLC, <br><br> Defendant. | Civil No.  CV10-00676 LEK BMK <br><br> **AFFIDAVIT OF SERVICE** <br><br> (Custodian of Records of Chiptec Corporation, dba Chiptec Wood Energy Systems) |
| GREEN ENERGY TEAM LLC, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> EVERGREEN ENGINEERING, INC.; JOHN SOLVASON and EMERY OTRUBA, <br><br> Counterclaim Defendants. | |

**AFFIDAVIT OF SERVICE**

Evergreen Engineering, Inc., et. al., Plaintiff(s)
vs.
Green Energy Team LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 113788-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chiptec Corporation, dba Chiptec Wood Energy Systems,
c/o The Custodian of Records
Court Case No. CV10-00676-LEK-BMK

ALSTON, HUNT, ET AL
Ms. Jo Ann Inouye
1001 Bishop St., Ste. 1800
Honolulu, HI 96813

State of: __NY__ ) ss.
County of: __St Lawrence__ )

Name of Server: __Paul Fantone__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5__ day of __Dec__, 20 __11__, at __3:10__ o'clock __P__ M

Place of Service: at __54 Echo Place, Unit #1__, in __Williston, VT 05403__

Documents Served: the undersigned served the documents described as:
**Subpoena to Produce Documents, Information, or Objects or to**
**Permit Inspection of Premises in a Civil Action: Exhibit 1**

Service of Process on:
A true and correct copy of the aforesaid document(s) was served on:
**Chiptec Corporation, dba Chiptec Wood Energy Systems, c/o The Custodian of Records**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Rebecca Koepl, Office manager__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair _____
Approx. Age __40__ ; Approx. Height __5'8__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Paul Fantone_
Signature of Server

Subscribed and sworn to before me this __7__ day of __Dec__, 20 __11__

_Susan Bartlett_
Notary Public    (Commission Expires)

**APS International, Ltd.**

SUSAN BARTLETT
Notary Public, State of New York
No. 01BA4972479
Qualified in St. Lawrence County
Commission Expires October 1, 20__14__