MARK T. SHKLOV (1850)
Attorney at Law
A Limited Liability Law Company
MICHEL A. OKAZAKI (6524)1001 Bishop Street, Suite 790
Honolulu, Hawaii 96813
Telephone No.: 585-8858
Facsimile No.: 599-4198
E-mail: info@shklovlaw.com
    Attorneys for Plaintiff
    EVERGREEN ENGINEERING, INC.


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVERGREEN ENGINEERING, INC., | CIVIL NO.: CV10-00676 LEK BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS |
| vs. | AND PARTIES; ORDER |
| GREEN ENERGY TEAM LLC, | |
| Defendant | |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, by and through their respective counsel undersigned, and subject to approval of the Court as provided below, that this cause be, and hereby is, dismissed with prejudice as to all claims, counterclaims and third-party claims, and that each party is to bear its own costs and fees.

This Stipulation is made in accordance with Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure; all appearing parties have signed this Stipulation; and trial has been scheduled for February 20, 2013.

DATED:   Honolulu, Hawaii, March 1, 2013.


/s/ Mark T. Shklov
MARK T. SHKLOV
MICHEL A. OKAZAKI
Attorneys for Plaintiff
EVERGREEN ENGINEERING, INC.


/s/ Bennett J. Chin
BENNETT J. CHIN
FRANK K. GOTO, JR.
JANE KWAN
Attorneys for Counterclaim Defendants
EVERGREEN ENGINEERING, INC.,
JOHN SOLVASON and EMERY OTRUBA


/s/ Thomas E. Bush
THOMAS E. BUSH
BRANDON M. SEGAL
Attorneys for Defendant/Counterclaimant/
Counterclaim Plaintiff
GREEN ENERGY TEAM LLC


APPROVED AND SO ORDERED:



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
EVERGREEN ENGINEERING, INC. v. GREEN ENERGY TEAM LLC;
Civil No.: CV10-00676 LEK BMK; Stipulation for Dismissal With Prejudice of All
Claims and Parties; Order